# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TIMOTHY DeWAYNE BARNETT, | ) |
| Petitioner, | ) ) ) |
| vs. | ) Case No. CIV-14-1200-M ) |
| ROGER REEVE, Washita County Sheriff, | ) ) ) |
| Respondent. | ) ) |

## ORDER

On December 9, 2014, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241, seeking a writ of habeas corpus. The Magistrate Judge recommended the petition for habeas corpus relief, as supplemented, be dismissed without prejudice. Petitioner was advised of his right to object to the Report and Recommendation by December 29, 2014. On December 23, 2014, petitioner filed his objections.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 9] issued by the Magistrate Judge on December 9, 2014, and

(2) DISMISSES the petition for writ of habeas corpus, as supplemented, without prejudice.

**IT IS SO ORDERED this 26th day of January, 2015.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE